USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/18/2025___

# THE MARKS LAW FIRM, P.C

August 15, 2025

**FILED VIA ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

RE:     **Doncouse v. Colorful Natalie NY LLC, et al.**
         Index: 1:25-cv-04741 [AT]

Dear Judge Torres,

Pursuant to Section I(C) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a thirty (30)-day extension of the deadlines to submit (i) a jointly proposed Case Management Plan, (ii) a Joint Letter, and (iii) a Joint Letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Judge. Plaintiff seeks to extend these deadlines from **August 25, 2025**, to **September 24, 2025**, in accordance with Your Honor's Orders dated June 9, 2025 [Dkt. 5 and 7].

The reason for this request is that our office has been engaged in substantive settlement discussions with counsel for Defendants, and the parties have made significant progress toward resolution. In addition, our office has been advised that Defendants are conducting an investigation into Plaintiff's claims regarding the subject premises in furtherance of settlement efforts. Given these developments, the parties wish to focus their resources on finalizing a resolution in order to avoid the unnecessary expenditure of litigation costs.

In light of the foregoing, Plaintiff respectfully requests a thirty (30)-day extension of the above-mentioned deadlines to **September 24, 2025**, to continue engaging in settlement discussions with Defendants, with the hope of resolving this matter prior to the submission deadline. This is the first request of its kind and is being made with the consent of the Defendants.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

GRANTED.

SO ORDERED.

Dated: August 18, 2025
         New York, New York

ANALISA TORRES
United States District Judge