**WACHTEL MISSRY**

Jason L. Libou
*Senior Litigation Counsel*
212 909-9535 DIR TEL
212 371-0320 DIR FAX
jlibou@wmllp.com

WWW.WMLLP.COM

FACSIMILE 212 371-0320

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/2025

September 19, 2025

<u>Via ECF</u>

Hon. Analisa Torres
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Doncouse v. Colorful Natalie NY LLC, et al.
             <u>Case No. 1:25-cv-04741-AT</u>

Dear Judge Torres:

      This firm represents defendants Colorful Natalie NY LLC and Harold S. Nathan (collectively, "Defendants") in the above-referenced action.

      Pursuant to Section I(C) of Your Honor's Individual Part Rules, this letter is jointly submitted requesting an extension of the deadlines to submit (i) a jointly proposed Case Management Plan, (ii) a Joint Letter, and (iii) a Joint Letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Judge, and for Defendants to respond to the Complaint from **September 24, 2025** to **October 31, 2025**. This is the second request for extensions pursuant to Your Honor's Orders dated August 18, 2025 (Dkt. 11) and August 25, 2025 (Dkt. 13).

      The reason for this request is that our office has continued to be engaged in substantive settlement discussions with counsel for the plaintiff, and the parties have made significant progress toward resolution. Unfortunately, this progress has been stalled by the fact that Mr. Nathan recently passed away and we must wait for an executor to be appointed before such discussions can proceed. Given these developments, an extension of all dates and deadlines through October 31, 2025 is hereby requested. Plaintiff's counsel has consented to the requested extensions.

                  GRANTED.

                  SO ORDERED.

                  Dated: September 22, 2025
                          New York, New York

*[signature]*
ANALISA TORRES
United States District Judge