USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

Jason L. Libou
*Senior Litigation Counsel*
212 909-9535 DIR TEL
212 371-0320 DIR FAX
jlibou@wmllp.com

**WACHTEL MISSRY**

WWW.WMLLP.COM

October 27, 2025

**Via ECF**

Hon. Analisa Torres
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Doncouse v. Colorful Natalie NY LLC, et al.
              Case No. 1:25-cv-04741-AT</u>

Dear Judge Torres:

      This law firm represents defendants Colorful Natalie NY LLC and Harold S. Nathan (collectively, "Defendants") in the above-referenced action.

      Pursuant to Section I(C) of Your Honor's Individual Part Rules, this letter is jointly submitted to request an extension of the deadlines to submit: (i) a jointly proposed Case Management Plan, (ii) a Joint Letter, (iii) a Joint Letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Judge, and (iv) for Defendants to respond to the Complaint from **October 31, 2025** to **December 1, 2025**. This is the third request for extensions pursuant to Your Honor's Orders dated August 18, 2025 (Dkt. 11), August 25, 2025 (Dkt. 13), and September 22, 2025 (Dkt. 15).

      The reason for this request is that our office has continued to be engaged in substantive settlement discussions with counsel for the plaintiff, and the parties have made significant progress toward resolution. Progress in this case has been delayed, however, as we await the formal appointment and confirmation of the executor of Harold S. Nathan's estate by the Surrogate's Court, which is expected shortly.

      Given these developments, an extension of all dates and deadlines through December 1, 2025 is hereby requested. Plaintiff's counsel has consented to the requested extensions and is copied on this correspondence.

GRANTED.

SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                      ANALISA TORRES
                                                  United States District Judge