# THE MARKS LAW FIRM,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/26/2025__

November 25, 2025

***FILED VIA ECF***
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

RE:  **Doncouse v. Colorful Natalie NY LLC, et al.**
Index: 1:25-cv-04741 [AT]

Dear Judge Torres,

Pursuant to Section I(C) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), the parties jointly and respectfully request an extension of the deadlines to submit (i) a jointly proposed Case Management Plan, (ii) a Joint Letter, and (iii) a Joint Letter advising the Court that the parties do not consent to conducting all further proceedings before the assigned Judge. The parties seek to extend these deadlines from **December 1, 2025**, to **January 6, 2026**, in accordance with Your Honor's Order dated October 27, 2025 [Dkt. 17]

The basis for this request is that it is our understanding that an attorney has been appointed and confirmed as the executor of Defendant Harold S. Nathan's estate by the Surrogate's Court. In the meantime, the parties have been engaged in substantive settlement discussions and, given the progress made, expect to reach a settlement in principle within the next couple of weeks.

In light of the foregoing, the parties respectfully request that the Court extend the above-referenced submission deadlines to January 6, 2026. This is the parties' fourth request for an extension.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *Richard M.*
Richard M. Madnick, Esq.

GRANTED.

SO ORDERED.

Dated: November 26, 2025
           New York, New York

_____
ANALISA TORRES
United States District Judge